01
02
03
04
05
06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08   UNITED STATES OF AMERICA,                    )
                                                 )
09          Plaintiff,                           )
                                                 )   Case No. 06 - 430 M
10          v.                                   )
                                                 )
11   WILLIAM ALLEN,                              )   DETENTION ORDER
                                                 )
12          Defendant.                           )
     _____        )
13

14   Offenses charged:

15          1.  Counts 1 - 8: Bank Fraud in violation of 18 U.S.C. § 1344 (1) and (2).

16          2.  Counts 9 - 16: Passing Counterfeit Money Orders in violation of 18 U.S.C. §500.

17          3.  Counts 17 - 19: Engaging in Monetary Transactions in Criminally Derived Property

18   in violation of 18 U.S.C. §§ 1344, 1957.

19   Date of Detention Hearing: August 21, 2006.

20          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

21   based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

22               FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

23          Defendant has stipulated to detention, reserving the right to contest his continued

24   detention when he appears in the District of Alaska.

25          IT IS THEREFORE ORDERED:

26          (1)     Defendant shall be detained pending his initial appearance in the District of

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 1

01     Alaska and shall be committed to the custody of the Attorney General for

02     confinement in a correction facility separate, to the extent practicable, from

03     persons awaiting or serving sentences or being held in custody pending appeal;

04 (2)     Defendant shall be afforded reasonable opportunity for private consultation with

05     counsel;

06 (3)     On order of a court of the United States or on request of an attorney for the

07     government, the person in charge of the corrections facility in which defendant

08     is confined shall deliver the defendant to a United States Marshal for the purpose

09     of an appearance in connection with a court proceeding; and

10 (4)     The Clerk shall direct copies of this Order to counsel for the United States, to

11     counsel for the defendant, to the United States Marshal, and to the United States

12     Pretrial Services Officer.

13

14     DATED this 21th day of August, 2006.

15 *James P. Donohue*

16 _____

    JAMES P. DONOHUE
    United States Magistrate Judge

DETENTION ORDER     15.13
18 U.S.C. § 3142(i)     Rev. 1/91
PAGE 2